**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VANHTY RATTANAVONG,**<br><br>***Petitioner*****,**<br>**v.**<br><br>**TODD BLANCHE,** *in his official capacity as Attorney General of the United States*;<br>**MARKWAYNE MULLIN,** *in his official capacity as Secretary of the Department of Homeland Security*;<br>**DAVID J. VENTURELLA,** *in his official capacity as the Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*;<br>**JOEL GARCIA,** *in his official capacity as Field Office Director of the El Paso Field Office, United States Immigration and Customs Enforcement*; **and**<br>**OSCAR UGARTE,** *in his official capacity as Sheriff of El Paso County*,<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01050-DCG** |

**ORDER DISMISSING CASE AS MOOT**

The Government removed Petitioner Vanhty Rattanavong on May 7, 2026, and the parties agree that this case is moot.[1] The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[2]

[1] *See* Pet'r's Status Report, ECF No. 7, at 7 (indicating that Petitioner was removed); Resp'ts' Status Report, ECF No. 10 ("[B]oth parties agree[] that the petition should be dismissed as moot.").

[2] *See, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim for relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

*See also Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 21st day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**